# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:08CR00324GSA |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| THOMAS NOEL, ) | |
| Defendant. ) | |

Good Cause appearing, it is hereby ordered that the Clerk of the Court for the United States Eastern District of California, return the United States of America Passport Number 058085988, belonging to Thomas Noel to Mr. Thomas Noel, or to his Attorney, Michael W. Berdinella.

So ordered.

//
Dated: October 31, 2008

                                                /s/ Gary S. Austin
                                      Gary Austin, Judge Magistrate
                                      United States District Court
                                      for the Eastern District of California

ORDER - 1

PDF created with pdfFactory trial version www.pdffactory.com